UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ARLENE LASTELLA, an individual

    Plaintiff,

v.                                                      Case No.: 2:19-cv-876-FtM-38NPM

OMEGA TITLE NAPLES, LLC and
OMEGA NATIONAL TITLE
AGENCY, LLC,

    Defendants.
_____/

## ORDER[1]

Before the Court is Plaintiff's Notice of Settlement (Doc. 37) and the parties' Joint Stipulation for Dismissal (Doc. 40). Plaintiff sued Defendants for unpaid minimum wages and retaliation under the Fair Labor Standards Act ("FLSA"), along with a common law wage claim. (Doc. 16). The parties settled the FLSA claims in full without compromise and with attorney's fees negotiated separately. So the Court need not review and approve the settlement for fairness. See *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982); *Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222, 1226 n.6 (M.D. Fla. 2009). All other claims were settled too, with each side bearing their own costs and fees for the non-FLSA claims. Each party signed the Joint Stipulation, so the Court will dismiss this case with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Accordingly, it is now

**ORDERED:**

(1) This case is **DISMISSED with prejudice**.

(2) The Clerk is **DIRECTED** to enter judgment, terminate all pending deadlines or motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 4th day of August, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record